Submitted on record and briefs December 16, 1992, remanded for resentencing; otherwise affirmed February 3, 1993

STATE OF OREGON,
*Respondent,*

*v.*

DENNIS LYLE RHODES,
*Appellant.*

(10-89-01405; CA A72151)

844 P2d 946

Sally L. Avera, Public Defender, Salem, filed the brief for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Diane S. Lefkow, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Chief Judge, and Deits and Riggs, Judges.

PER CURIAM

**PER CURIAM**

Defendant appeals the sentence imposed after the court revoked his probation. The state concedes that the court erred by modifying a previously imposed but unexecuted sentence. *State v. McBride*, 103 Or App 642, 798 P2d 728 (1990). We accept that concession.

Remanded for resentencing; otherwise affirmed.